■ In the Matter of ABRAHAM M., a Person Alleged to be a
Juvenile Delinquent, Appellant. [792 NYS2d 328]—

Order of disposition, Family Court, Bronx County (Harold J.
Lynch, J.), entered on or about April 6, 2004, which adjudicated
appellant a juvenile delinquent, upon a fact-finding determina-
tion that he committed an act which, if committed by an adult,
would constitute the crime of criminal possession of a controlled
substance in the third degree, and placed him with the Office of
Children and Family Services for a period of 18 months,
unanimously affirmed, without costs.

The court properly denied appellant's suppression motion.
There is no basis for disturbing the court's credibility determi-
nations, which are supported by the record (see People v
Prochilo, 41 NY2d 759, 761 [1977]). We find nothing implausible
about the officer's testimony that appellant exposed a quantity
of drugs in his hand while in the process of making a sale.
Concur—Mazzarelli, J.P., Andrias, Friedman, Sweeny and
Catterson, JJ.